TJT:hkp

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6316 CR-FERGUSON**

MAGISTRATE JUDGE
SNOW

IN RE: GRAND JURY 00-01 FTL )
_____ )

### MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby moves this Court for an order sealing the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants, Bond Recommendation Sheets, this Motion to Seal, and Sealing Order (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), and to order said items to remain sealed in the custody of the Clerk of the Court until such time as the first defendant has been arrested. Sealing of the above-referenced documents is necessary because the defendants have not yet been arrested and are unaware of the case against them. If the defendants were to learn that they are named as a defendants, they might flee the jurisdiction.



**WHEREFORE**, the United States respectfully requests that this Court order that the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants, Bond Recommendation Sheets, Motion to Seal, and this Sealing Order (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation) granting the same be **SEALED** until arrest of the first defendant.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

Date: 10/31/00

By: _____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500063
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel. (954) 356-7255, ext. 3516
Fax. (954) 356-7336