TJT:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00 - 6316 CR - FERGUSON**

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEFFREY SIBILLE and
GARY BRENT CARLISLE,

    Defendants.

## INDICTMENT

The Grand Jury charges that:

## COUNT I

On or about October 19, 2000, at Broward County, in the Southern District of Florida, the defendants,

**JEFFREY SIBILLE and
GARY BRENT CARLISLE,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons unknown to the Grand Jury, to distribute a Schedule II controlled substance, that is, at least fifty (50) grams of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1).



All in violation of Title 21, United States Code, Section 846.

## COUNT II

On or about October 19, 2000, at Broward County, in the Southern District of Florida, the defendants,

JEFFREY SIBILLE and
GARY BRENT CARLISLE,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, at least fifty (50) grams of a methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA     CASE NO. _____
v.

JEFFREY SIBILLE, et al        **CERTIFICATE OF TRIAL ATTORNEY***
                              **Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)      Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

___ Miami  ___ Key West
X   FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) __No__
   List language and/or dialect ___English___

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                  (Check only one)

   I    0 to 5 days       __X__      Petty       _____
   II   6 to 10 days      _____      Minor       _____
   III  11 to 20 days     _____      Misdem.     _____
   IV   21 to 60 days     _____      Felony      __X__
   V    61 days and over  _____

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _____No_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _____No_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _Yes _X_ No  If yes, was it pending in the Central Region? _ Yes _X_ No

8. Did this case originate in the Narcotics Section, Miami?  Yes _X_ No

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500063

*Penalty Sheet(s) attached                                REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name: GARY BRENT CARLISLE  NO. _____

Count #I:   21 U.S.C. § 846 Conspiracy to Possess with Intent to Distribute Methamphetamine

*Max. Penalty: 10 years' mandatory minimum imprisonment to life; $4,000,000 fine

Count #II:  21 U.S.C. § 841(a)(1) Possess with Intent to Distribute Methamphetamine

*Max. Penalty: 10 years' mandatory minimum imprisonment to life; $4,000,000 fine

Count #: _____

*Max. Penalty: _____

Count # _____

*Max. Penalty: _____

Count #: _____

Max. Penalty: _____

Count#: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant's Name: JEFFREY SIBILLE          NO. _____

Count #I:  21 U.S.C. § 846 Conspiracy to Possess with Intent to Distribute Methamphetamine

*Max. Penalty: 10 years' mandatory minimum to life imprisonment; $4,000,000 fine

Count #II: 21 U.S.C. § 841(a)(1) Possess with Intent to Distribute Methamphetamine

*Max. Penalty: 10 years' mandatory minimum imprisonment to life; $4,000,000 fine

Count #: _____

*Max. Penalty: _____

Count # _____

*Max. Penalty: _____

Count #: _____

Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96



No. 04384

# UNITED STATES DISTRICT COURT
**Southern** District of **Florida**
Central Criminal Division

## THE UNITED STATES OF AMERICA
vs.

JEFFREY SIBILLE and
GARY BRENT CARLISLE

## INDICTMENT

21 USC § 841(a)(1)
21 USC § 846
18 USC § 2

A true bill.

_____
Foreperson

Filed in open court this

_____ of _____ A.D. 19 ___ day.

_____
Clerk

Bail, $ _____