AO 442 (Rev. 12/85) Warrant for Arrest   AUSA TERRENCE J. THOMPSON     DEA S/A Troy Mihok 489-1889

## United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

v.

JEFFREY SIBILLE

**WARRANT FOR ARREST**

CASE NUMBER: **00-6316**

CR-FERGUSON

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ JEFFREY SIBILLE
                                                    Name

MAGISTRATE JUDGE SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   Conspiracy to possess with intent to distribute methamphetamine and possession with intent to distribute methamphetamine;

in violation of Title 21 & 18 United States Code, Section(s) 846, 841(a)(1) and 2

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ Pre-trial Detention Recommended

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

November 2, 2000, Fort Lauderdale, Florida
Date and Location

by Barry S. Seltzer, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |