U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Jeffrey Sibille (J)# | CASE NO: | 00-6316-CR-Ferguson |
| AUSA: | Terry Thompson present | ATTNY: | Kenneth Hassett (temp) |
| AGENT: | | VIOL: | 21:846, 841 |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: _____

____ BOND SET @ 

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Δ - advised of Charges

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 11-22-00 | 10:00am | BSS |
| PTD/BOND HEARING: | 11-22-00 | 10:00am | BSS |
| PRELIM/ARRAIGN) OR REMOVAL: | 11-22-00 | 10:00am | BSS |
| STATUS CONFERENCE: | | | |

DATE: 11-21-00   TIME: 11:00am   TAPE # 00-091   PG # 3

2440-2650