AO 442 (Rev. 12/85) Warrant for Arrest   AUSA TERRENCE J. THOMPSON   DEA S/A Troy Mihok 489-1889

# *United States District Court*

___SOUTHERN___ DISTRICT OF ___FLORIDA___   521217

UNITED STATES OF AMERICA

V.

JEFFREY SIBILLE

TO: **The United States Marshal
and any Authorized United States Officer**

## WARRANT FOR ARREST

CASE NUMBER:
# 00-6316

**CR - FERGUSON**

YOU ARE HEREBY COMMANDED to arrest ___JEFFREY SIBILLE___
Name

MAGISTRATE JUDGE
SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)   Conspiracy to possess with intent to distribute methamphetamine and possession with intent to distribute methamphetamine;

in violation of Title __21 & 18__ United States Code, Section(s) __846, 841(a)(1) and 2__

CLARENCE MADDOX                                    COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                             Title of Issuing Officer

*[signature]*                                       November 2, 2000, Fort Lauderdale, Florida
Signature of Issuing Officer                        Date and Location

Bail fixed at $ Pre-trial Detention Recommended    by Barry S. Seltzer, U.S. Magistrate Judge
                                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, Fl |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/02/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | *[signature]* |
| DATE OF ARREST | | |
| 11/21/00 | | Edward Purchase, SDUSM |