COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Jeffrey Sibille (J)#     CASE NO: 00-6316-CR-Ferguson
AUSA: Terry Thompson           ATTNY: Kenneth Hassett Stephen Pa
AGENT:                         VIOL:
PROCEEDING: PTD/Inquiry re counsel/ Arraignment   BOND REC:
BOND HEARING HELD - yes/no     COUNSEL APPOINTED:

X BOND SET @ $200,000.00 Corporate Surety Bond
CO-SIGNATURES: w/ nibbia
SPECIAL CONDITIONS: Both parties reserve their rights to proceed w/ a detention hearing at a future date.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NOV 2 2 2000

NEXT COURT APPEARANCE:   DATE:        TIME:        JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:  12-7-00   11:00   Snow
DATE: 11-22-00   TIME: 10:00am   TAPE # 00-093   PG # 3886 - end

15