UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6316-CR-FERGUSON

UNITED STATES OF AMERICA

vs

JEFFREY SIBILLE

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on November 22,2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:        Address: Stephen Rave
                           7600 Red Road #200
                  Telephone: 305-661-1984

DEFENSE COUNSEL:  Name: _____
                  Address: _____
                  _____
                  Telephone: _____

BOND (SET) CONTINUED:  $ 200,000.00  Corporate Surety
Bond hearing held: yes____ no ✓  Bond hearing set for_____
Dated this  22nd  day of  November ,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk
    Tape No. 00-093

cc: Copy for Judge
    U. S. Attorney