FILED by /s/ D.C.
NOV 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: 55558-004

UNITED STATES OF AMERICA )
         Plaintiff ) Case Number: CR 00- 6316 Ferguson
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
Jeffrey Sibille )
         Defendant

TO: Clerk's Office   MIAMI / FT. LAUDERDALE / W. PALM BEACH
    U.S. District Court   (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 11/20/00   7:30 am/(pm)

(2) Language Spoken: English

(3) Offense(s) Charged: USC 841(a)(1), 846 — Consp. + Possesion of methamphetamine

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 1/20/67

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint   To be filed/Already filed
    Case#: 00-6316-CR-Ferguson

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern Dist. of FL.

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [X] YES [ ] NO

Amount of Bond: $ PTD Reg.
Who set Bond: Seltzer

(7) Remarks:

(8) Date: 11/20/00   (9) Arresting Officer: Mihok (DEA)
(10) Agency: DEA   (11) Phone: (954) 489-1889
(12) Comments: