HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __HOWARD SMITH_____ CASE NO: __00-6082-CR-FERGUSON__
AUSA __ROGER POWELL__ *Thompson* ATTY __SCOTT SAKIN -_____
DAVID TUCKER, ESQ. for Larry Hall - *possible plea*

00-062
@1844

DEFT __JIMICK L. ADAMS_____ CASE NO: __00-6195-CR-ZLOCH__
AUSA __DON CHASE__ *Thompson* ATTY __FPD - Hunt_____

@1937

DEFT _____JEFFREY SIBILLE_____ CASE NO: __00-6316-CR-FERGUSON__
AUSA _____TERRY THOMPSON__ *pr*  ATTY __STEPHEN PAVE__ *pres*

12/21 for motion

@1975

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DATE __12/7/00_____ TIME __11:00_____

31