UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6316-CR-FERGUSON

UNITED STATES OF AMERICA,         :

    Plaintiff,                :

v.                                :

JEFFREY SIBILE,                   :

    Defendant.                :
_____

FILED by _____ D.C.

DEC - 8 2000

## STATUS REPORT

A status conference was held in this cause on December 7, 2000. At that conference, the parties informed the Court as follows:

1. Discovery was turned over to defense counsel at the status conference.

2. Counsel for the defendant shall have until December 21, 2000, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this _____ day of December, 2000.

_____
LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Terrence Thompson (FTL)
Stephen Pave, Esq.