UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6316-CR-FERGUSON

UNITED STATES OF AMERICA,
         Plaintiff,
vs.

JEFFREY SIBILLE, (J)
         Defendant.



**MINUTES**
**CHANGE OF PLEA**

On January 4, 2001, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Steven Pave, Esq, appointed by the **Court/retained** by the defendant, and said defendant stated in open court that **he/her** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) _One_ of the Indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

- ( )    The Court proceeded to pronounce sentence.

- (X)    The Court postponed sentencing until **3/16/01 a**t 11:00 a.m.,

- (X)    and the defendant was allowed to remain on present bond until then;

- ( )    and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

- ( )    and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge <u>Wilkie D. Ferguson, JR.</u>
Reporter <u>Paul Haferling</u>
Clerk <u>Troy T. Walker</u>