**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

| | |
|---|---|
| DEFT: JEFFREY SIBILLE (J) | CASE NO: 00-6316-CR-FERGUSON |
| AUSA: TERRY THOMPSON  *pres* | ATTY: STEPHEN PAVE, ESQ. *pres* |
| AGENT: | VIOL: |
| PROCEEDING: BOND HEARING | RECOMMENDED BOND: |
| BOND HEARING HELD - yes / (no) | COUNSEL APPOINTED: |
| BOND SET @: 100,000  10% | To be cosigned by: *brother* |
| 100,000 PSB | |

FILED JAN 4 2001 CLARENCE MADDOX S.D. OF FLA. DIST. CT. FT. LAUD.

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☒ Rpt to PTS as directed / or ___ x's a (week)/month
by phone: once x's a week/month in person.
*every two*

☒ Random urine testing by Pretrial Services. X
Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____

☒ Travel restricted SD/FL and CD/CA

☐ Halfway House _____

*stipulated bond set*

*Pretrial may modify frequency of visits*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 1/4/01   TIME: 11:00   FTL/LSS TAPE # 00-001   Begin: 2693   End: 2941