UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6316-CR-Ferguson

UNITED STATES OF AMERICA

vs.

JEFFREY SIBILLE

O R D E R

FILED by _____ D.C.

JAN 1 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS CAUSE is before the Court on a stipulated motion to modify conditions of release on bond. The Court having heard said motion and being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED that the Motion to Modify Conditions of Release be and the same is hereby GRANTED as follows:

The special condition to report to Pretrial Services and submit to drug testing is deleted and the defendant is now required to maintain contact and report to Drug Enforcement Officers in Los Angeles. He is not to change his residence without notifying agents.

DONE AND ORDERED at Fort Lauderdale, Florida this 9th day of January, 2001.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney
    United States Marshal
    Pretrial Services
    Counsel for Defendant