UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6316-CR-FERGUSON(s)

UNITED STATES OF AMERICA

v.

JEFFREY SIBILLE
_____/



### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves this Honorable Court to grant a continuance of the sentencing hearing scheduled in this case; and in support thereof states as follows:

1. Sentencing in this matter is currently set for Friday, March 16, 2001 at 11:00 p.m.
2. The defendant is not in custody and is currently released on bond.
3. The defendant has been providing assistance to federal agents in the investigation of possible narcotics violations and the United States would like for him to conclude his cooperation prior to his being sentenced.
4. The undersigned has discussed this request with Stephen Pave, counsel for Mr. Sibille, who has indicated that he has no objection to the relief sought by this motion.



WHEREFORE the United States of America respectfully requests that sentencing in this matter be continued for a period of 60 days.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *(signature)*
Dana O. Washington
Assistant United States Attorney
Court No.: A5500418
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Phone: (954) 356-7255
Fax: (954) 356-7336
E-mail: dana.washington@usdoj.gov

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this day, March 13, 2001, to:

Stephen Pave, Esquire
7600 Red Road
Suite 200
Miami, Florida 33143
Fax: (305) 661-1384.

DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY