SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED
MAR 19 2001

63/16

CASE # 00-6316-CR-WDF

DEFENDANT: Jeffrey Sibille           JUDGE: WILKIE D. FERGUSON
Deputy Clerk: TROY T. WALKER         DATE: March 16, 2001
Court Reporter: ~~Paul Haferline~~ Bryan Sertuche   USPO: Brant Smith
AUSA: E. Washington                  Deft's Counsel: Steve Love, Esq

COUNTS DISMISSED ___All Others___
___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

___ Sentencing cont'd until __/__/__ at _____ AM / PM

JUDGMENT AND SENTENCE

Imprisonment   Years   Months 70   Counts one      Right to Appeal

Supervised Release   3-pls (see PSI for details)

Probation   Years   Months   Counts

Comments_____

Assessment $ 100.00           Fine $ none

Restitution /Other _____

CUSTODY
___ Remanded to the Custody of the U. S. Marshal Service   ___ Release on bond pending appeal
___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on 8/3/01

Commitment Recommendation: Motion to continue is Denied. Report Status ~~se por~~ 8/3/01 ~~to~~ The deft shall be incarcerated at an institution as close to Los Angeles as possible.

64