UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6316-CR-FERGUSON(s)

UNITED STATES OF AMERICA

v.

JEFFREY SIBILLE,

    Defendant.

_____/

## GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO FED. R. CRIM. P. 35(b)

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files this motion for reduction of sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure. In support of this motion, the United States asserts the following:

1.    The defendant was indicted in the Southern District of Florida. The indictment charged the defendant with conspiracy to posses with intent to distribute methamphetamine and possession with the intent to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.



2.  The relevant conduct involved 182 grams of methamphetamine possessed by the defendant and his co-conspirators. On March 16, 2001 the defendant was sentenced to 70 months' imprisonment.

3.  The defendant, Jeffrey Sibille, pled guilty to conspiracy to possess with intent to distribute methamphetamine, and was debriefed on multiple occasions by DEA agents and the undersigned Assistant United States Attorney. The defendant has provided valuable information concerning individuals involved in narcotics trafficking.

4.  Jeffrey Sibille also assisted the DEA by locating, on his own initiative, crucial documents relating to narcotics trafficking and testifying on behalf of the United States at the trial against co-conspirator Angel Contreras. The government believes that the defendant has provided substantial assistance and that his sentence should reflect the same.

WHEREFORE, the government recommends that Jeffrey Sibille's sentence be reduced in light of his substantial assistance to federal authorities. The government will more fully articulate its position and recommendation at a Rule 35 hearing.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY
COURT NO. A5500418
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Phone: (954) 356-7255 ext. 3520
Fax: (954) 356-7336
E-mail: dana.washington@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. mail this 18th day of June, 2001, to:

Stephen Pave, Esquire
7600 Red Road
Suite 200
Miami, FL 33143.

DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY