UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6316-CR-FERGUSON

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.

JEFFREY SIBILLE,
    Defendant.
_____/



FILED by _____ D.C.
JUN 22 2001

## NOTICE

**PLEASE TAKE NOTICE** that this matter has been set for a **Rule 35,** on **Friday, July 6, 2001** at **9:30 a.m.**, before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, Federal Courthouse, 299 East Broward Boulevard, Second Floor, Courtroom 207A, Fort Lauderdale, Florida.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 22 day of June 2001.

*Troy T. Walker*
TROY T. WALKER
DEPUTY CLERK

cc:
Dana Washington, AUSA
Stephen Pave, Esq
U.S. Probation Office

