UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6316-CR-FERGUSON

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JEFFREY SIBILLE,

      Defendant.

_____/

## NOTICE OF FILING

COMES NOW the United States of America, by and through the undesigned

Assistant United States Attorney, and files the attached letter from Investigator Bill Powers

in further support of the Government's Motion for Reduction of Sentence.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____

DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY
COURT NO. A5500418
500 EAST BROWARD BLVD., SUITE 700
FORT LAUDERDALE, FL 33394
PHONE: (954) 356-7255 EXT. 3520
FAX: (954) 356-7336



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by United

States mail this day, July 3, 2001, to:

Stephen Pave, Esquire
7600 Red Road
Suite 200
Miami, FL 33143.

DANA O. WASHINGTON
ASSISTANT U.S. ATTORNEY

2

**DEPARTMENT OF HEALTH SERVICES**
**INVESTIGATIONS UNIT**
**110 WEST A STREET, 7TH FLOOR**
**SAN DIEGO, CA 92101**
**(619) 645-2826**



July 2, 2001

Mr. Dana Washington
Assistant United States Attorney
Office of the United States Attorney
Southern District of Florida
500 E. Broward Boulevard, Suite 700
Ft. Lauderdale, FL 33301

Re: Jeffrey Sibille

Dear Sir:

Mr. Jeffrey Sibille's continued cooperation with law enforcement warrants consideration.

Earlier this year I began an investigation concerning a conspiracy to commit Medicaid fraud by a group operating in California. I found Mr. Sibille's name in a suspect's computer and though I did not have information he was involved in the conspiracy I identified him in order to develop possible leads. I then learned Mr. Sibille had been arrested, on a drug violation, by the Drug Enforcement Administration (DEA). I spoke with Special Agent Troy Mihok who told me Mr. Sibille had told him about this group and that Mr. Sibille was willing to continue his cooperation. Agent Mihok arranged for me to meet with Mr. Sibille. Mr. Sibille has provided me with information which helped me identify several more potential defendants, helped me to direct some of my evidence gathering and to learn much more about this group's *modus operandi*. This case will be prosecuted by the San Diego County District Attorney's Office and is scheduled to be presented to the Grand Jury this August, 2001. We will seek indictments for 7-10 persons, with the indictment's predicate charge of Conspiracy to Commit Grand Theft. I have been able to establish a $3,000,000.00 theft of public funds. To date, I have not found any evidence that Mr. Sibille is criminally associated with the group and their fraud scheme.

In addition, our office has just recently started investigating a second group, about which Mr. Sibille gave me significant information concerning two core suspects. The Federal Bureau of Investigation has joined with us in investigating this separate conspiracy case. At this point, our preliminary estimate of the dollar loss to the Medicaid program appears to exceed $3,000,000.00.

No final decision has been made whether or not we will require Mr. Sibille's court testimony in either case, though he has agreed to testify. I am aware of his Attention Deficit Disorder and this is a consideration. I have worked with Mr. Sibille for more than three months, interviewing him

numerous times about case specifics. He has always provided the same information each time, neither embellishing nor diminishing the information. I can also state he has followed my instructions explicitly.

I am a retired DEA Special Agent and have been a law enforcement officer for more than thirty years. As such, I take a hard look at a cooperating defendant, especially one convicted of a drug trafficking offense. It is not my place to make specific recommendations, however, in my opinion Mr. Sibille's cooperation has been significant in regards to the two investigations. Mr. Sibille has earned additional consideration.

Please contact me if you have any questions. I will keep you informed as the cases progress.

Sincerely

Bill Powers,
Fraud Investigator

cc: Mr. Stephen Pave