**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JUL 18 2001

UNITED STATES OF AMERICA         Case No. 00-6316-CR-FERGUSON

   Plaintiff(s)

vs.

JEFFREY SIBILLE,

   Defendant(s).
_____/

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-styled Cause has been set for a **RULE 35 MOTION** hearing before the undersigned at the United States District Court. **299 East Broward Blvd., Courtroom 207B, Ft. Lauderdale, Florida 33301, on December 7, 2001 at 9:30 A.M.**

Thirty (30) minutes have been reserved for this matter.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 18th day of July 2001

DELORIS MCINTOSH
DEPUTY CLERK

copies provided:
Dana Washington, AUSA
Steve Pave, Esq.,
Probation