JUL 23 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,                      CASE NO. 00-6316-Cr-FERGUSON
vs.                                      Magistrate Judge Lurana Snow

JEFFREY SIBILLE,
    Defendant.

## OMNIBUS ORDER

THIS MATTER having come before the Court for consideration of the Government's Motion pursuant to Rule 35, Federal Rules of Criminal Procedure, and the Court having heard the parties, and having duly considered the matter, *it is hereby **ORDERED***:

1. The Defendant's previous sentence of seventy (70) months incarceration is reduced to twenty-four (24) months incarceration; the Defendant shall remain at liberty under present bond conditions;

2. This matter is set for further hearing pursuant to the Government's Rule 35 Motion before this Court on **Friday, December 7, 2001**, at **9:00 a.m.**; and,

3. The Defendant's surrender date of August 30, 2001, is extended to December 10, 2001, or later, as may be ordered by the U.S. Bureau of Prisons.

***DONE* and *ORDERED*** this 23rd day of July, 2001, at Fort Lauderdale, Florida.

**WILKIE D. FERGUSON, Jr., JUDGE**
**UNITED STATES DISTRICT COURT**

Copies provided:
    U.S. Marshal
    U.S. Probation
    Stephen M. Pave, P.A.
    AUSA Dana Washington

103