

## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

HONORABLE ___WILKIE D. FERGUSON, JR.___ Presiding

Case No. __00-6316-CR-WDF__          Date:_December 7,2001_

Clerk: _Deloris McIntosh_____     Reporter:_Patricia Sanders__

USPO: _____         Interpreter:_None_____

**UNITED STATES OF AMERICA vs.** _JEFFREY SIBILLE, (B)_____

_____

_____

AUSA:_Dana Washington_____

Defendant(s) Counsel:_Steven Pave, Esq.,_____

_____

_____

Defendant(s) Present___X___ Not Present_____ In Custody_____

Reason for hearing:_RULE 35 HEARING_____

_____

Result of hearing:_Hearing Continued_____

_____

_____

Case Continued to:_2/8/02_Time:_9:30_ A.M. _Rule 35 Hearing_

104