UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6316-CR-FERGUSON(s)

UNITED STATES OF AMERICA

        Plaintiff,

v.

JEFFREY SIBILLE,

        Defendant.
_____/



FILED by _____ D.C.

JAN 23 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE HEARING

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves this Honorable Court to grant a continuance of the Rule 35 hearing scheduled in this case; and in support thereof states as follows:

1. The defendant was originally sentenced by this Court on March 16, 2001 to a 70 month term of imprisonment. Execution of the sentence was stayed until August 3, 2001 to allow the defendant to complete ongoing cooperation with the government.

2. On June 18, 2001, the United States filed a motion to reduce sentence pursuant to Fed. R. Crim. P. 35. A hearing on this motion was held on July 16, 2001, at which time this Court reduced the defendant's sentence to 24 months'



imprisonment. Execution of the sentence was again stayed until December 10, 2001, to allow the defendant to complete ongoing cooperation with the government.

3. On December 7, 2001, this Court conducted a hearing for the purpose of further consideration of the government's motion for reduction of sentence. At that time the Court advised that in order to evaluate the extent of the defendant's cooperation, it would be necessary to hear the testimony of the law enforcement official most familiar with that cooperation. The Hearing was continued to February 8, 2002.

4. The undersigned contacted Bill Powers, Fraud Investigator, California Department of Health Services, who advised that he would be pleased to appear before the Court, however, he has been selected to serve as part of the protection detail for the Olympic Games from February 5, 2002 through February 25, 2002. He would be available to travel to Florida and testify at any other time.

5. The United States therefore is requesting that this Honorable Court continue the the Hearing currently scheduled for February 8, 2002 to a date after February 25, 2002.

6. The undersigned has discussed this request with Stephen Pave, Esquire, counsel forJEFFREY SIBILLE, who has indicated that he has no objection to the relief sought by this motion.

WHEREFORE the United States of America respectfully requests that the Court grant a continuance of the pending Hearing. A proposed Order is attached.

    Respectfully submitted,

    GUY A. LEWIS
    UNITED STATES ATTORNEY

    By: *[signature]*
    Dana O. Washington
    Assistant United States Attorney
    Court No.: A5500418
    500 East Broward Blvd., Suite 700
    Fort Lauderdale, FL 33394
    Phone: (954) 356-7255
    Fax: (954) 356-7336
    E-mail: dana.washington@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and U.S. mail this day, January 23, 2002, to:

Stephen M. Pave, Esquire
7600 Red Road
Suite 200
Miami, FL 33143
Fax: (305) 661-1384.

DANA O. WASHINGTON
ASSISTANT U. S. ATTORNEY