UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6316-CR-FERGUSON(s)

UNITED STATES OF AMERICA

v.

JEFFREY SIBILLE
_____/



### ORDER GRANTING CONTINUANCE OF HEARING

THIS CAUSE having come before the Court on the Government's Motion to Continue Rule 35 Hearing, and the Court having been fully advised, it is hereby

**ORDERED AND AJUDGED**:

1. That said motion is **GRANTED**.

2. That the Rule 35 Hearing currently scheduled for February 8, 2002 is continued to TUE, MAR. 5, 2002 at 9:00 a.m.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 31st day of January, 2002.

_____
WILKIE D. FERGUSON, JR.
United States District Judge

Copies furnished to:
Dana Washington, AUSA
Stephen Pave, Esq.