**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by __ JJC
MAR 05 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6316-CR-FERGUSON__   Date: __March 4, 2002__

Clerk: __Karen Gardner__   Reporter: __Kimberly Mesfun__

USPO: _____   Interpreter: _____

**UNITED STATES OF AMERICA vs.** __JEFFREY SIBILLE (B)__

AUSA: __Dana Washington/Donald Chase__

Defendant(s) Counsel: __Steven Pave, Esq.,__

Defendant(s) Present __X__   Not Present ____   In Custody ____

Reason for hearing: **RULE 35 HEARING**

Result of hearing: Cooperation will continue & has been extraordinary; Defendant also has an extraordinary physical impairment better treated outside of prison. Sentence of 30 days - credit time served; 3 yrs. S/Release; Home Confinement w/ Electronic monitoring for 6 months; Assist in further cooperation if needed; Keep employment and visit doctors as necessary.

Case Continued to: _____  Time: _____ P.M. _____