UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, :

      Plaintiff, :

vs. :

JEFFREY SIBILLE, :

      Defendant. :

_____ :

CASE NO. 00-6316-cr-FERGUSON

Magistrate Judge Lurana Snow

## MOTION FOR RELEASE OF BOND

COMES NOW the defendant JEFFREY SIBILLE, through counsel, and says the following:

1. The Defendant was finally adjudicated and sentenced on 8 March 2002 at a hearing on a Rule 35 Motion.

2. A $100,000 bond with a 10% deposit ($10,000) was posted by the defendants brother Krieg Sibille. In addition, a $100,000 personal surety bond was posted.

3. Since the Defendant has now been sentenced, the sureties are entitled to have the bond released and the posted funds returned.

The Defendant respectfully requests the Court enter an Order releasing the bonds.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served by first class U.S. mail this _10th_ day of April, 2002, to AUSA Dana Washington, U.S. Attorney's Office 500

Case No. 00-6316-cr-FERGUSON
USMJ SNOW

East Broward Boulevard, Fort Lauderdale, FL 33394.

Respectfully submitted,

STEPHEN M. PAVE, P.A.
7600 Red Road, Suite 200
South Miami, FL 33143
Telephone: (305) 661-1984
Facsimile: (305) 661-13864

By: _____
STEPHEN M. PAVE
FL Bar No. 183192