UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAY 15 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | Case No. 00-6316-CR-FERGUSON |
| ) | |
| v. ) | MOTION FOR DISBURSEMENT OF BOND |
| JEFFREY SIBILLE ) | |
| Defendant ) | |

Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by __Krieg Sibille__ in the amount of $ __10,000__ plus any accrued interest be refunded to:

__Krieg Sibille, 217 Irene Circle, Lafayette, LA 70503__
(Payee and Mailing Address for Check)(Notarized assignment required if payee different from person posting bond.)

(The above payee must complete the attached Internal Revenue Service Form W-9 or if the payee is a nonresident alien individual, they must request from the Financial Section and complete Form W-8.)

_____
(Petitioner or Attorney) **Krieg Sibille**

Consented to by:

_____, Assistant U.S. Attorney

ORDER

In consideration of the foregoing motion, it is thereupon

ORDERED that the Clerk of this Court forthwith make the above-mentioned disbursement.

DONE AND ORDERED at Ft. Lauderdale, Florida, this 15th day of May, 2002.

_____
UNITED STATES DISTRICT JUDGE

c: U.S. Attorney
Petitioner/Counsel of Record
Financial Deputy Clerk (w/original W-8 or W-9)